FIRST DEPARTMENT, SEPTEMBER, 1977

(September 15, 1977)

■ NAUTEC LEASING CORP., Appellant, v CHESTEL, INC., Respondent.—After preargument conference, appeal from order of the Supreme Court, New York County, entered on March 21, 1977, and from the judgment of said court entered on March 29, 1977, withdrawn, with prejudice and without costs as to either party. Murphy, P. J.

■ JIM JENSEN, Appellant-Respondent, v COMPETITIVE OPTICAL, INC., et al., Respondents-Appellants.—After preargument conference, cross appeals from order of the Supreme Court, New York County, entered on March 21, 1977, withdrawn, with prejudice and without costs. Murphy, P. J.

■ SOUTHERN NATIONAL BANK OF HOUSTON, Respondent, v JOHN M. RAGSDALE, Appellant.—After preargument conference, appeal from judgment of the Supreme Court, New York County, entered on February 16, 1977, withdrawn, with prejudice and without costs to either of the parties. Murphy, P. J.

■ SPERRY AND HUTCHINSON COMPANY, Appellant, v JOHN J. REYNOLDS, INC., et al., Respondents.—After preargument conference, appeal from order of the Supreme Court, New York County, entered on September 7, 1976, withdrawn, with prejudice and without costs to any party. Murphy, P. J.